IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM McCUNE,

      Plaintiff,                  No. CIV S-08-0545 LKK EFB P

      vs.

UNITED STATES OF AMERICA,
et al.,

      Defendants.             <u>ORDER</u>

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been completed. Also missing is plaintiff's completed and filed certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

1

1     In accordance with the above, IT IS HEREBY ORDERED that:

2     1. Plaintiff shall submit, within thirty days from the date of this order, a completed
3 affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk
4 of Court;

5     2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
6 Forma Pauperis By a Prisoner; and

7     3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of
8 his prison trust account statement for the six month period immediately preceding the filing of
9 the complaint. Plaintiff's failure to comply with this order will result in a recommendation that
10 this action be dismissed without prejudice.

11 DATED: April 18, 2008.

                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE