IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM McCUNE,

    Plaintiff,           No. CIV S-08-0545 LKK EFB P

    vs.

UNITED STATES OF AMERICA, et al.,

    Defendants.           ORDER

/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 14, 2008, the court adopted the magistrate judge's findings and recommendations, which recommended that this action be dismissed because plaintiff failed to comply with the magistrate judge's April 18, 2008 order directing plaintiff to file a completed *in forma pauperis* application together with the required certified copy of his prison trust account statement. The Clerk of the Court duly entered judgment. On March 16, 2009, plaintiff filed a document styled, "Motion for Re-Hearing to Dismiss Case," which the court construes as a request for relief from judgment.

        Pursuant to Fed. R. Civ. P. 60(b):

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable

1  neglect; (2) newly discovered evidence that, with reasonable
2  diligence, could not have been discovered in time to move for a new trial under rule 59(b); (3) fraud (whether previously called
3  intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been
4  satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no
5  longer equitable; or (6) any other reason that justifies relief.

6  Plaintiff does not demonstrate he is entitled to relief from judgment.

7  Accordingly, it is hereby ORDERED that plaintiff's March 16, 2009 filing,

8  construed as a request for relief from judgment, is denied. The court notes that it will issue no

9  response to future filings by plaintiff in this action not authorized by the Federal Rules of Civil

10  Procedure or Federal Rules of Appellate Procedure.

11  DATED: August 31, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT